GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSA CARMINA CONTRERAS-BERNAL,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:24-cv-02358-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 4, 2025, through and including **March 6, 2025**.  The request was made by Equifax so that it can have an opportunity

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this January 31, 2025.

CLARK HILL PLLC

By: /s/  *Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax*

/s/ *James M. Smith*
James M. Smith (admitted *pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
312-319-2879
Fax: 312-319-4084
Email: jsmith@dohertysmith.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 3, 2025
_____

- 2 -

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that a true and exact copy of the foregoing has been served this January 31,

4    2025, via CM/ECF, upon all counsel of record:

5

6                                                          By: /s/  *Gia N. Marina*
                                                           Gia N. Marina
7                                                          Nevada Bar No. 15276
                                                           3800 Howard Hughes Pkwy, Suite 500
8                                                          Las Vegas, NV 89169
                                                           Tel: (702) 862-8300
9                                                          Fax: (702) 862-8400
                                                           Email: gmarina@clarkhill.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28