CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ. *(admitted pro hac vice)*
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
Fax: 312.319.4084
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSA CARMINA CONTRERAS-BERNAL<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No.: 2:24-cv-2358-BNW |

### STIPULATION TO EXTEND THE DEADLINES OF THE MARCH 13, 2025, DISCOVERY PLAN AND SCHEDULING ORDER

**(First Request)**

Plaintiff Rosa Carmina Contreras-Bernal ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") (collectively the "Parties"), by their respective counsel, stipulate to, and respectfully move the Court to, Extend the Deadlines of the March 13, 2025, Discovery Plan and Scheduling Order by 60-days. In support of this stipulation, the Parties state as follows:

1.    Plaintiff filed the subject Complaint against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. 1681 *et seq*.

2.    On March 13, 2025, this Court entered a Stipulated Discovery Plan and Scheduling order with the following Discovery Plan deadlines:

    a.  Initial Disclosures deadline: March 20, 2025

    b.  Amend pleadings and add parties deadline: June 4, 2025

    c.  Expert disclosures (initial) deadline: July 3, 2025

    d.  Expert disclosures (rebuttal) deadline: August 4, 2025

    e.  Discovery cutoff date deadline: September 2, 2025

    f.  Dispositive motions deadline: October 2, 2025

    g.  Pretrial order deadline: November 25, 2025

3.    The Parties have already served initial disclosures, exchanged written discovery responses, and produced documents. Plaintiff has retained an expert; however, the expert requires a review of additional documents to submit his report. The Parties have a conference to resolve discovery issues scheduled for June 30, 2025. Defendant Equifax has retained new outside counsel that filed an appearance on June 25, 2025, that will be taking the lead at the June 30, 2025, conference. The requested additional time will allow the Parties to resolve the current discovery issues in this matter.

4.    The Parties respectfully request this Court extend the remaining deadlines of the March 13, 2025, Discovery Plan and Scheduling Order as follows:

    a.  Expert witness disclosures pursuant to Fed. R. Civ. P 26(2)(B) deadline: September 3, 2025

    b.  Rebuttal expert disclosures and reports pursuant to Fed. R. Civ. P 26(2)(A) and 26(2)(B) deadline: October 3, 2025

    c.  Discovery cutoff date deadline: November 3, 2025

    d.  Dispositive motions deadline: January 6, 2026

    e.  Pretrial order deadline: January 23, 2026

5.    Counsel for the Parties have conferred in good-faith and stipulate to the above

1  proposed deadlines.

2  6.  The Parties have not requested or received any previous extensions of the
3  deadlines entered in the March 13, 2025, Discovery Plan and Scheduling Order and this
4  requested extension is not for the purpose of delay.

5  7.  The Parties hereby request a 60-day extension of the remaining deadlines in
6  the March 13, 2025, Discovery Plan and Scheduling Order.

7  WHEREFORE, the Parties jointly request that the Court extend the remaining
8  deadlines of the March 13, 2025, Scheduling Order by 60-days.

Respectfully submitted,

/s/ *James M. Smith*
James M. Smith
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
JSmith@dohertysmith.com

Craig Friedberg, Esq.
Nevada Bar No. 4606
Law Offices of Craig B. Friedberg, Esq
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

*Counsel for Plaintiff*

/s/ *Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 14480
SEYFARTH SHAW LLP
2323 Ross Avenue Suite 1660
Dallas, Texas 75201
Phone: (469) 608-6730
Email: jrbrooks@seyfarth.com

Gia N. Marina
CLARK HILL, PLLC
1700 S. Pavilion Center Drive Suite 500
Las Vegas, NV 89135
Phone: (702) 697-7541
Email: gmarina@clarkhill.com

*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2025

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

                                                */s/James M. Smith*
                                                James M. Smith