CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ. (*admitted pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
Fax: 312.319.4084
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSA CARMINA CONTRERAS-BERNAL, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:24-cv-2358-BNW |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), Rosa Camina Contreras-Bernal ("Plaintiff"), and Defendant Equifax Information Services, LLC, ("Equifax') (collectively, the "Parties") by and through undersigned counsel, have reached a settlement in the instant case. The Parties hereby stipulate to the dismissal of all claims in this action, with prejudice against Defendant Equifax. All claims between the Parties shall be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

This matter has been resolved as to all parties and Plaintiff requests dismissal of this action in its entirety.

Date: November 21, 2025

| | |
|---|---|
| By: */s/ James M. Smith* <br> James M. Smith <br> Doherty Smith, LLC <br> 7000 W. 127th Street <br> Palos Heights, IL 60463 <br> Phone: 312.319.2879 <br> JSmith@dohertysmith.com | By: */s/ Gia N. Marina (with consent)* <br> Jennifer R. Brooks, Bar No. 14480 <br> SEYFARTH SHAW LLP <br> 2323 Ross Avenue Suite 1660 <br> Dallas, Texas 75201 <br> Phone: (469) 608-6730 <br> Email: jbrooks@seyfarth.com |
| Craig Friedberg, Esq. <br> Nevada Bar No. 4606 <br> Law Offices of Craig B. Friedbert, Esq <br> 4760 South Pecos Road, Suite 103 <br> Las Vegas, NV 89121 <br> Phone: 702.435.7968 <br> attcbf@cox.net | Gia N. Marina <br> CLARK HILL, PLLC <br> 1700 S. Pavilion Center Drive, Suite 500 <br> Las Vegas, NV 89135 <br> Phone: (702) 697-7541 <br> Email: gmarina@clarkhill.com |
| *Counsel for Plaintiff* | *Counsel for Equifax Information Services, LLC* |

## **ORDER**

The Court grants the stipulation at ECF No. 20. The Clerk of Court is kindly directed to close this case. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

By: */s/ James M. Smith*